1910.) Action by Charles A. Geoghegan and others against George H. Leventritt. I. M. Wormser, for appellant. L. H. Porter, for respondents. No opinion. Judgment and order affirmed, with costs. Order filed.

GEROW, Respondent, v. BENSON MINES CO., Appellant. (Supreme Court, Appellate Division, Third Department. May 4, 1910.) Action by Anna Gerow, as administratrix, etc., of Henry Gerow, deceased, against the Benson Mines Company.

PER CURIAM. Judgment and order affirmed, with costs.

COCHRANE, J., dissents.

In re GILL. (Supreme Court, Appellate Division, Second Department. March 31, 1910.) In the matter of the judicial settlement of the account of Hannah Gill, as executrix, etc., of Robinson Gill, deceased. No opinion. Decree of the Surrogate's Court of Kings County affirmed, with costs to the respondent.

GILMOUR, Respondent, v. FLATBUSH AMUSEMENT CO., Appellant. (Supreme Court, Appellate Division, Second Department. May 6, 1910.) Action by A. Lincoln Gilmour against the Flatbush Amusement Company.

PER CURIAM. Judgment of the Municipal Court reversed, and new trial ordered, costs to abide the event, upon the ground that the plaintiff has not established by a fair preponderance of evidence any valid action on the part of the directors or stockholders of the defendant company that he should be compensated for his services, or fixing the amount of such compensation.

GINSBERG, Respondent, v. RATKOWSKY, Appellant. (Supreme Court, Appellate Division, Second Department. March 31, 1910.) Action by Moses Ginsberg against Bernard Ratkowsky. No opinion. Judgment and order affirmed, with costs.

GLASS, Respondent, v. PELCYGER, Appellant. (Supreme Court, Appellate Division, Second Department. April 22, 1910.) Action by Samuel Glass against Frank Pelcyger. No opinion. Judgment and order affirmed, with costs.

GLAZER, Appellant, v. BROOKLYN HEIGHTS R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. March 31, 1910.) Action by Anton Glazer, as administrator, etc., of Andrew Glazer, deceased, against the Brooklyn Heights Railroad Company. No opinion. Judgment unanimously affirmed, with costs.

GLENDON v. REMINGTON & SHERMAN CO. (Supreme Court, Appellate Division, First Department. March 31, 1910.) Action by Thomas Glendon against the Remington & Sherman Company. No opinion. Motion denied, with $10 costs. Order filed. See, also, 121 N. Y. Supp. 1132.

GODLEY v. CRANDALL & GODLEY CO. et. al. (Supreme Court, Appellate Division, First Department. March 18, 1910.) Action by Elizabeth McM. Godley against the Crandall & Godley Company and others. No opinion. Motion granted. Settle order on notice. See, also, 121 N. Y. Supp. 1132.

GOLDBERG, Appellant, v. FEINBERG, Respondent. (Supreme Court, Appellate Division, Second Department. March 31, 1910.) Action by Samuel Goldberg against Solomon Feinberg. No opinion. Judgment unanimously affirmed, with costs.

GOLDFINGER v. PLANCER. (Supreme Court, Appellate Term. April 8, 1910.) Appeal from Municipal Court, Borough of Manhattan, Second District. Action by Hinda Goldfinger against Fishel Plancer. From an order setting aside the verdict of the jury, plaintiff appeals. Reversed. Moses N. Schleider (M. Spencer Bevins, of counsel), for appellant. Raymond David Fuller, for respondent.

SEABURY, J. The plaintiff sued to recover damages for injuries which she sustained through the alleged negligence of the defendant. An examination of this record shows that the plaintiff proved that the injuries she sustained were caused by the negligence of the landlord and her own freedom from contributory negligence. The question involved was purely one of fact, and the verdict of the jury is abundantly sustained by the evidence. The only exception taken by the defendant was taken to the denial of his motion to dismiss the complaint. The ruling to which this exception was taken was clearly correct. The injuries which the plaintiff sustained were of a serious character, and the amount awarded her by the verdict of the jury was reasonable. We can find no justification for setting aside the verdict of the jury in this case. The order is reversed, with costs, and the verdict of the jury is reinstated. All concur.

GOLDSTEIN v. LOEW. (Supreme Court, Appellate Division, First Department. April 29, 1910.) Appeal from Special Term, New York County. Action by Jennie Goldstein against E. Victor Loew, Jr., as administrator, etc. A judgment in favor of defendant was vacated, and the complaint dismissed, and defendant appeals. Modified and affirmed. Alfred H. Holbrook, for appellant. Louis H. Levin, for respondent.

PER CURIAM. The order vacating the judgment should be modified, by imposing as a condition of opening the default the payment of $30 trial fee, $10 term fee, $10 costs of opposing the motion, and the disbursements of entering judgment, and, as so modified, affirmed, without costs of this appeal. The order denying the motion to resettle should be affirmed, without costs.

GOLDSTICKER et al., Appellants, v. PHILLIPS et al., Respondents. (Supreme Court, Appellate Division, First Department. March 11, 1910.) Action by Louis Goldsticker and others, individually and as executors, etc., and

others, against David L. Phillips and others. H. Aaron, for appellants. A. Benedict, for respondents. No opinion. Judgment affirmed, with costs. Order filed.

**GORMLY v. GORMLY.** (Supreme Court, Appellate Division, First Department. March 18, 1910.) Action by Alice A. Gormly against Harry H. Gormly. No opinion. Motion granted, with $10 costs, unless appellant complies with conditions stated in order. Order filed.

**GRANT v. NATIONAL RY. SPRING CO.** (Supreme Court, Appellate Division, Fourth Department. May 4, 1910.) Action by Frank Grant against the National Railway Spring Company. On motion for leave to appeal to the Court of Appeals. Motion granted. Charles N. Bulger, for the motion. Theodore E. Hancock, opposed.

PER CURIAM. On the first trial of this case there was a verdict for plaintiff. On appeal to this court (84 App. Div. 632, 82 N. Y. Supp. 1101) one of our members was disqualified to sit, and the other four were equally divided, and therefore the case was sent to the Third Department. The judgment was there reversed, and a new trial ordered. 86 App. Div. 593, 83 N. Y. Supp. 1021. Upon a second trial the plaintiff was nonsuited, and on appeal to this court there was a unanimous affirmance (121 N. Y. Supp. 1133), following the decision of the Third Department. But, inasmuch as our court differed so widely in opinion in the case, we think there is sufficient doubt to warrant us in granting the motion to appeal to the Court of Appeals.

**GRAY, Respondent, v. BROOKLYN HEIGHTS R. CO., Appellant.** (Supreme Court, Appellate Division, Second Department. March 18, 1910.) Action by Michael J. Gray against the Brooklyn Heights Railroad Company.

PER CURIAM. Order affirmed, with· $10 costs and disbursements.

BURR and CARR, JJ., dissent.

**GRAY v. CITY OF NEW YORK.** (Supreme Court, Appellate Division, First Department. February 11, 1910.) Action by John Gray, as administrator, against the City of New York. No opinion. Motion to dismiss appeal denied. Order filed. See, also, 122 N. Y. Supp. 118.

**GREEN, Appellant, v. TOPOL, Respondent.** (Supreme Court, Appellate Division, Second Department. March 31, 1910.) Action by Frank A. Green against Nathan Topol. No opinion. Judgment of the Municipal Court affirmed, with costs.

**GREENSPAN, Respondent, v. ROYAL LACE PAPER WORKS et al., Appellants.** (Supreme Court, Appellate Division, Second Department. April 22, 1910.) Action by Jacob B. Greenspan against the Royal Lace Paper Works and others. No opinion. Motion denied, on condition that the appellants pay $10 costs, perfect their ap-

peal, place the same on the calendar of the next term of this court, and be ready for argument when reached; otherwise, motion granted, with costs.

**GRILL, Respondent, v. DUBROFF, Appellant.** (Supreme Court, Appellate Division, Second Department. April 22, 1910.) Action by William J. Grill against Morris A. Dubroff. No opinion. Appeal dismissed, with $10 costs and disbursements, upon the ground that there is nothing in the record showing that an order denying defendant's motion to open the default has been made and entered.

**HAGADONE, Respondent, v. NORMOYLE & QUAILEY, Inc., Appellant.** (Supreme Court, Appellate Division, Second Department. March 18, 1910.) Action by Revilo O. Hagadone against Normoyle & Quailey, Incorporated. No opinion. Judgment and orders of the Municipal Court affirmed, with costs. See, also, 119 N. Y. Supp. 1127, and infra.

**HAGADONE, Respondent, v. NORMOYLE & QUAILEY, Inc., Appellant.** (Supreme Court, Appellate Division, Second Department. April 22, 1910.) Action by R. O. Hagadone against the Normoyle & Quailey, Incorporated. No opinion. Motion denied, without costs. See, also, supra.

**HAMILTON, Respondent, v. THAW, Appellant.** (Supreme Court, Appellate Division, First Department. March 18, 1910.) Action by Allan McLane Hamilton against Mary C. Thaw. A. J. Rose, for appellant. D. McCurdy, for respondent. No opinion. Order reversed, without costs, and motion granted, without costs, to the extent stated in order. Order filed.

**HAMMERSTEIN v. HENNESSY.** (Supreme Court, Appellate Division, First Department. March 24, 1910.) Appeal from Special Term, New York County. Action by Oscar Hammerstein against John A. Hennessy. From an interlocutory judgment sustaining a demurrer to the complaint plaintiff appeals. Reversed. Delmas, Towne & Spellman, for appellant. Charles M. Beattie, for respondent.

PER CURIAM. The interlocutory judgment should be reversed, with costs, and the demurrer overruled, with costs, with leave to defendant to withdraw demurrer and to answer the complaint on payment of said costs, on the authority of Hammerstein v. New York Press Co. (decided by this court January 28, 1910) 121 N. Y. Supp. 16.

**HARRISON, Respondent, v. HARTFORD LIFE INS. CO., Appellant.** (Supreme Court, Appellate Division, First Department. March 11, 1910.) Action by Marie L. Harrison, as executrix, etc., against the Hartford Life Insurance Company. J. V. Bouvier, Jr., for appellant. E. Shelby, for respondent. No opinion. Judgment (63 Misc. Rep. 93, 118 N. Y. Supp. 401), affirmed, with costs. Order filed.